No. 5546. TAYLOR ET AL. v. RICHARDSON, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 8th Cir. Certiorari denied.

No. 5548. RIOS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 5550. MARTINEZ v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 5552. WILLIAMS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 5556. CAMPBELL v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 5557. LIMA v. CHRYSLER CORP. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 5558. ROMEO v. NEW JERSEY. Super. Ct. N. J. Certiorari denied.

No. 5563. SHARLOW v. WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 5564. SAVAGE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 5568. MEEKS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 5569. BENNETT v. MARYLAND ET AL. C. A. 4th Cir. Certiorari denied.

No. 5572. HUCKABAY v. WOODMANSEE, JUDGE, ET AL. C. A. 9th Cir. Certiorari denied.

No. 5573. COX v. UNITED STATES. C. A. 7th Cir. Certiorari denied.